COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, McCullough and Senior Judge Bumgardner

DBP HOLDING CORPORATION AND
 HARTFORD CASUALTY INSURANCE COMPANY
                                                    MEMORANDUM OPINION*
v.      Record No. 1952-14-2                              PER CURIAM
                                                        MARCH 10, 2015
MARGARETE KONUPKA MOORE


        FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

        (S. Vernon Priddy III; Mary Louise Kramer; Two Rivers Law
        Group, P.C., on briefs), for appellants.

        (Brody Reid; Casey M. Ariail; Reid Goodwin, PLC, on brief), for
        appellee.


        DBP Holding Corporation and Hartford Casualty Insurance Company appeal a decision

of the Workers' Compensation Commission finding that Moore "did not refuse an offer of

selective employment in January 2013, [and] reasonably marketed her residual capacity after

being restricted to light duty" and that it was harmless error for an expert witness to express an

opinion regarding Moore's reasonable marketing efforts. We have reviewed the record and the

commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the

reasons stated by the commission in its final opinion. See Moore v. DBP Holding Corp., VWC

File No. VA00000445403 (Sept. 26, 2014). We dispense with oral argument and summarily

affirm because the facts and legal contentions are adequately presented in the materials before

the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

                                                                              Affirmed.

---

        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.